UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| The DuckPond charitable remainder trust under trust dated February 14, 2003, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-13-3170 |
| PAA Natural Gas Storage, L.P., et al., | § § § | |
| Defendants. | § § | |

## Final Dismissal

Having been advised by counsel that The DuckPond charitable remainder trust under trust dated February 14, 2003, no longer wishes to pursue this matter, the court dismisses this case without prejudice.

Signed on November 12, 2013, at Houston, Texas.

_____

Lynn N. Hughes
United States District Judge