| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| The DuckPond Trust, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-13-3170 |
| PAA Natural Gas Storage, L.P., et al., | § § | |
| Defendants. | § | |
| Robert Evans, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-13-3398 |
| PAA Natural Gas Storage, L.P., et al., | § § | |
| Defendants. | § | |
| Barbara Wolfson, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-13-3483 |
| PNGS GP LLC, et al., | § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| Stephen Beller, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-13-3511 |
| Greg L. Armstrong, et al., | § § § | |
| Defendants. | § | |

## Order of Consolidation

These cases are consolidated into the senior Civil Action H-13-3170, which will be reopened. The cases subsumed by consolidation cease to have an independent identity. The unified case will pend as Civil Action 13-3170, *The DuckPond Trust, et al. v. PAA Natural Gas Storage, L.P., et al.* Use only this style and number.

Signed on December 10, 2013, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge