IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE DUCKPOND TRUST, et al., | § § | |
| Plaintiffs, | § § | |
| vs. | § § | Case No. 4:13-cv-03170 |
| PAA NATURAL GAS STORAGE, L.P., et al., | § § § | |
| Defendants. | § | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Stephen Beller and Barbara Wolfson, by their undersigned counsel, hereby voluntarily dismiss, with prejudice as to themselves, Plaintiff Stephen Beller's original Case No. 4:13-cv-03511 and Plaintiff Barbara Wolfons's original Case No. 4:13-cv-03483, which actions were consolidated into Case No. 4:13-cv-03170 by this Court on December 10, 2013.

DATED: February 19, 2014                Respectfully submitted,


By: */s/Jamie McKey*

**KENDALL LAW GROUP LLP**
Joe Kendall
Texas Bar No. 11260700
jkendall@kendalllawgroup.com
Jamie Jean McKey
Texas Bar No. 24045262
jmckey@kendalllawgroup.com
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Tel: (214) 744-3000
Fax: (214) 744-3015

{00122500;1 }

**POMERANTZ LLP**
Gustavo F. Bruckner
Ofer Ganot
600 Third Avenue
New York, NY 10016
Tel: (212) 661-1100
Fax: (917) 463-1044

*Counsel for Plaintiff Stephen Beller*

**WEISSLAW LLP**
Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
1500 Broadway, 16th Floor
New York, NY 10036
Tel: (212) 682-3025
Fax: (212) 682-3010

*Counsel for Plaintiff Barbara Wolfson*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed via this District's CM/ECF system on February 19, 2014, which caused an electronic copy of same to be served automatically upon all counsel of record.

/s/ Jamie J. McKey
JAMIE J. MCKEY

{00122500;1 }