| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

The Duckpond Trust, *et al.*, §
§
　　　　Plaintiffs, §
§
*versus* § Civil Action H-13-3170
§
PAA Natural Gas Storage, L.P., *et al.*, §
§
　　　　Defendants. §

## Final Dismissal

Having been advised by counsel that Barbara Wolfson and Stephen Beller no longer wish to pursue this matter, the court dismisses their claims with prejudice. (41)

Signed on February 19, 2014, at Houston, Texas.

Lynn N. Hughes
United States District Judge